# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IVY MOSES MORRIS

VERSUS

OLIVER MORRIS

NO.   2020 CW 0500

**JULY 06, 2020**

---

In Re:     Oliver Morris, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No.
           113829.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT GRANTED WITH ORDER.**   The district court's judgment signed on March 12, "2019", notice of which was mailed on March 17, 2020, is vacated.   The district court's judgment specifically provides that an objection to the Hearing Officer Conference Report was not filed on or before February 26, 2020. However, the Clerk of Court Verification provides that an objection was fax filed on February 26, 2020 and the objection was filed on March 6, 2020.   Pursuant to La. R.S. 13:850, this filing appears to be timely.   This matter is remanded to the district court for a hearing pursuant to the objection filed by defendant, Oliver Morris.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT